UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-20295-CR-BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**BRAYAN TOCHON-LOPEZ**,
WILMER MOISES BARSELO,
JOSE FELICIANO LEMOS,
JESUS RODRIGUEZ,
LUIS ANDRES ZUNIAGA,
JORGE LUIS LOPEZ-ASTUDILLO,
EULIDES OLIVEROS-LUGO, and
STIVEN JOSE FLORES,

    Defendants.
_____/

### [PROPOSED] ORDER ON UNOPPOSED JOINT DEFENSE MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES

THIS CAUSE came before the Court on the unopposed joint defense motion (ECF No. \_\_\_), and the Court being fully apprised of the matter, it is hereby

ORDERED and ADJUGED that the motion is GRANTED. Trial is continued until _____, with deadlines as follows: _____.

DONE and ORDERED this \_\_\_ day of November, 2024, in chambers in Miami, Florida.

                                        _____
                                        JACQUELINE BECERRA
                                        UNITED STATES DISTRICT JUDGE

Cc: All counsel of record