UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-20295-CR-BECERRA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

BRAYAN TOCHON-LOPEZ,
    Defendants.
_____/

## SPEEDY TRIAL WAIVER

I, Brayan Tochon-Lopez, hereby acknowledge that I have been advised by my undersigned counsel of my right to a speedy trial, pursuant to 18 U.S.C. § 3161, and do freely and voluntarily waive such speedy trial right from the date of my motion to continue trial (DE 53), until the new trial date of January 27, 2025.

_____
BRAYAN TOCHON-LOPEZ
11/21/2024


Respectfully Submitted,

HECTOR DOPICO
INTERIM FEDERAL PUBLIC DEFENDER

BY:  s/Srilekha Jayanthi
Assistant Federal Public Defender
Special Bar No. A5502728
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000/ (305) 536-4559, Fax
E-Mail: srilekha_jayanthi@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY certify that on **November 21, 2024**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Srilekha Jayanthi*