**MESSAGE**

Action............: COGARD TACLET SOUTH MIAMI FL
Info..............: HQ USSOUTHCOM MIAMI FL
                    COMDT COGARD WASHINGTON DC
                    COMPACAREA COGARD ALAMEDA CA
                    COMLANTAREA COGARD PORTSMOUTH VA
                    DIRJIATF SOUTH
                    DIRJIATF SOUTH J2
                    DIRJIATF SOUTH J3
                    DIRJIATF SOUTH J5
                    CCGDSEVEN MIAMI FL
                    CCGD ELEVEN ALAMEDA CA
                    COGARD PAC TACLET SAN DIEGO CA
                    USCGC JAMES
                    HMCS SUMMERSIDE
                    USCGC RELIANCE
                    USCGC FORWARD
                    HNLMS GRONINGEN
                    COMCOGARD MLE ACADEMY CHARLESTON
                    COMCOGARD SECTOR SAN JUAN PR
                    EPIC EL PASO TX
                    COGARD IDB WASHINGTON DC
                    COGARD INTELCOORDCEN WASHINGTON
                    DEA HQS WASHINGTON DC
                    CTG 4.4
                    COGARD HITRON JACKSONVILLE FL
From..............: COGARD LEDET FOUR ZERO ONE
SIC...............: LAA
Message type..: Operation
Precedence....: Routine
Identification....: RHMCSYY 0021 1790017
DTG...............: 270016Z JUN 24
Releaser........: NOC, 1(NLD)GRON/N6/NOC
**Subject..........: LE SITREP ONE AND FINAL - CONTRABAND FOUND - TWON GFV 26JUN24**

PERIOD:260827ZJUN24 - 261711ZJUN24

1. SITUATION: WHILE ON ROUTINE PATROL SOUTHEAST OF BONAIRE LAW ENFORCEMENT DETATCHMENT (LEDET) 401 ONBOARD HNLMS GRONINGEN (GRON) INTERDICTED A GO-FAST VESSEL SUSPECTED OF TRANSPORTING ILLICIT NARCOTICS IN INTERNATIONAL WATERS.

A. FDIN: 2024163622 MISLE: 1398098

B. NARRATIVE: WHILE ON ROUTINE PATROL SOUTHEAST OF BONAIRE, IN THE MORNING OF 26JUNE24, GRON WAS INFORMED BY A MARITIME PATROL AIRCRAFT (MPA) OF ONE POSSIBLE TARGET OF INTEREST (TOI) IN THEIR VICINITY. MPA REPORTED TOI 01 TO BE 21NM FROM THE GRON APPROXIMATELY 25FT IN LENGTH, 08 POB ON A HEADING OF 160T AT 12KTS. TOI 01 WAS STILL INSIDE VZ TERITORIAL WATERS (TTW), MPA CONTINUED TO MONITOR

TOI 01 ANTICIPATING EXIT OF TTW. AT 0841Z GRON SHIFTED TACON FROM CTG 4.4 TO COAST GUARD DISTRICT 7 (D7). AT 0907Z THE MPA REPORTED A SECOND TOI (TOI 02) ON COURSE OF 106T APPRIXIMATELY 10NM NORTH OF TOI 01. MPA REPORTED TOI 02 AS APPROX. 30FT, 04 OBE, 3POB, WITH PACKAGES AND FUEL DRUMS ON DECK. GRON CO AND LEDET 401 DTL MADE THE DECISION TO PURSUE TOI 02 DUE TO INFORMATION FROM MPA AND TOI 02 TRACK LINE DIRECTED TOWARDS INTERNATIONAL WATERS. GRON WAS ABLE TO ACQUIRE SUFFICIENT INFORMATION FROM THE MPA TO ROUTE A STATEMENT OF NO OBJECTION (SNO) FOR A RIGHT OF VISIT BOARDING TO STOP A NON-COMPLIANT VESSEL TO INCLUDE USE OF FORCE, STEPS II AND IV, TO COMPEL COMPLIANCE ON A PROFILE GO-FAST VESSEL IN INTERNATIONAL WATERS NOT DISPLAYING INDICIA OF NATIONALITY. USCG D7 ISSUED A SNO FOR A ROV BOARDING AND USE OF FORCE STEPS II AND IV. GRON LAUNCHED ITS 2 SMALL BOATS (FRISCS) APPROXIMATELY 10NM FROM THE TOI AND IMMEDIATELY LAUNCHED ITS EMBARKED MH-65 HELICOPTER FOLLOWING THE FRISCS. THE HELO CONDUCTED A HOT HAND OFF WITH THE MPA AND COMMENCED AUF. HELO REPORTED JETTISON FROM THE TOI. FRISC 02 WAS DIRECTED TO THE JETTISON FIELD WHILE FRISC 01 MAINTAINED PUSUIT AT A SAFE DISTANCE. HELO CONTINUED AUF WITH PRECISION WARNING SHOTS AFT AND REPORTS 08 POB ONBOARD TOI AND TILLER DRIVEN. HELO CANNOT CONDUCT AUF STEP IV DUE TO POB PROXIMITY TO ENGINES. 401 DTL AND GRON CO MADE THE DECISION TO SWITCH TO SUF AS PRIMARY UOF FOR INTERDICTION. AT 1051Z D7 RESCINDS SNO FOR UOF AND ORDERS HELO AND FRISCS TO MAINTAIN STAND OFF FROM TOI. GRON ROUTES NEW SNO FOR FOR A RIGHT OF VISIT BOARDING TO STOP A NON-COMPLIANT VESSEL TO INCLUDE SURFACE USE OF FORCE, STEPS II AND IV, TO COMPEL COMPLIANCE ON A PROFILE GO-FAST VESSEL IN INTERNATIONAL WATERS NOT DISPLAYING INDICIA OF NATIONALITY. HELO RETURNED TO GRON FOR HOT REFUEL. HELO IS AIRBORNE AT 1136Z. AT 1156Z USCG D7 ISSUED A SNO FOR A ROV BOARDING AND SURFACE USE OF FORCE STEPS II AND IV. FRISC 01 COMMENCES SUF STEPS II AND IV. SUF STEP IV IS EFFECTIVE. TOI DIW AND BOARDING TEAM REPORTS POSCON IN POSITION 10-46.5N 067-48.6W. THE BOARDING TEAM COMPLETED THEIR INITIAL SAFETY SWEEP AND COMMENCED RIGHT OF VISIT QUESTIONING. BRAYON TOCHON CLAIMED TO BE THE MASTER BUT MADE NO CLAIM OF NATIONALITY FOR THE VESSEL. LEDET 401 REQUESTED A SNO TO TREAT THE VESSEL WITHOUT NATIONALITY (TWON) AND COMMENCE A FULL LAW ENFORCEMENT BOARDING. D7 ISSUED THE SNO TO TWON THE VESSEL AND THE BOARDING TEAM COMMENCED THEIR BOARDING. 08 JETTISONED BALES WERE RECOVERED BY FRISC 02 AND BROUGHT BACK TO THE GRON. THEY WERE IMMEDIATELY TESTED AND THE BOARDING TEAM RECEIVED 02 PRESEUMPTIVE POSITIVE NIK TESTS FOR COCAINE. D7 GRANTED PERMISSION TO TREAT THE 08 POB AS DETAINEES. THE BOARDING TEAM CONDUCTED 8 IONSCAN SWIPES THROUGHOUT THE GFV, ALL OF WHICH TESTED POSITIVE FOR COCAINE. THE BOARDING TEAM TOOK PHOTOGRAPHS OF THE VESSEL AND ITS ENGINES AND ACHIEVED 100 PERCENT AT-SEA-SPACE-ACCOUNTABILITY. D7 ISSUED A SNO TO IONSCAN SWIPE THE HANDS OF THE DETAINEES. 07 OF 08 SWIPES OF THE DETAINEES HANDS TESTED POSITIVE FOR COCAINE. THE RECOVERED CONTRABAND TOTALLED AN APPROXIMATE AT SEA WEIGHT OF 228KGS. THE BOARDING TEAM COMPLETED THE BOARDING AND REQUESTED TO SINK THE VESSEL AS A HAZARD TO NAVIGATION DUE TO NO NAVIGATION LIGHTS, AND NO TOW POINTS. D7 GRANTED BOARDING COMPLETE AND PERMISSION TO SINK THE VESSEL. THE VESSEL WAS SUNK IN POSITION: 10-51.03N 067-51.07W.

C. VESSEL DESCRIPTION

C.1. NAME: EL GRAN TITITO CPNO
C.2. REG: ADSS 7989
C.3. NAT: TWON
C.4. TYPE: PROFILE GFV
C.5. LOA: 41 FT
C.6. HULL COLOR: WHITE
C.7. TRIM: RED
C.8. S/S: NONE
C.9. LPOC: VENEZUELA 23JUN2024
C.10. NPOC: UNKNOWN

D. POB INFO
D.1.1. CREW: BRAYON TOCHON(MASTER)
D.1.2. NAT: VENEZUELAN
D.1.3. DOB: 11DEC1995
D.1.4. CED: 23550887
D.2.1. CREW: WILMES BARCELO
D.2.2. NAT: VENEZUELAN
D.2.3. DOB: 1979
D.2.4. CED: 18099161
D.3.1. CREW: JOSE LEMUS
D.3.2. NAT: VENEZUELAN
D.3.3. DOB: 06SEP1973
D.3.4. CED: 19189913
D.4.1. CREW: JESUS RODRIGUEZ
D.4.2. NAT: VENEZUELAN
D.4.3. DOB: 26OCT1994
D.4.4. CED: 24512563
D.5.1. CREW: LOUIS ANDRES SUNIAGA
D.5.2. NAT: VENEZUELAN
D.5.3. DOB: 1982
D.5.4. CED: 21287792
D.6.1. CREW: JORGE LUIS LOPEZ
D.6.2. NAT: VENEZUELAN
D.6.3. DOB: 1980
D.6.4. CED: 19187189
D.7.1. CREW: EVLIDES OLIVEROS
D.7.2. NAT: VENEZUELAN
D.7.3. DOB: 24SEP1993
D.7.4. CED: 21286932
D.8.1. CREW: STIVEN FLORES
D.8.2. NAT: VENEZUELAN
D.8.3. DOB: 29JUN1991
D.8.4. CED: 23946723

E. VIOLATIONS: 46 U.S.C. 70503

2. ACTION:
0827Z        MPA REPORTED TOI #1 21 NM FROM GRON. TOI IS APPROXIMATELY 25 FT WITH 08 POB.
0833Z        GRON IN POS 10-46.8N/067-40.07W.
0835Z        MPA REPORTED TOI #1 AS HAVING 2 OBE IN POS 10-57.38N 068-02.26W ON A COURSE OF 115T AT 3.5 KTS.
0841Z        GRON SHIFTED TACON FROM CTG 4.4 TO COAST GUARD DISTRICT 7, GRON POS IS 10-44.8N/067-40.3W.
0847Z        MPA REPORTED TOI #1 IN POS 10-56.17N/068-10.9W ON A COURSE OF

160T AT 12 KTS.  MPA ALSO REPORTED A SECOND TOI ON A COURSE OF 106T APPROXIMATELY 10 NM AWAY FROM TOI #1.
0907Z      MPA REPORTED TOI #2 AS APPROXIMATELY 30 FEET IN LENGTH, WITH 4 OUTBOARD ENGINES, 3 POB, PACKAGES, AND FUEL DRUMS OBSERVED ON DECK.
0908Z      GRON CO AND DTL MADE DECISION TO PURSUE TOI #2 DUE TO INFORMATION FROM THE MPA AND TRACK LINE DIRECTED TOWARDS INTERNATIONAL WATERS.
0910Z      MPA REPORTED UPDATED POSITIONS FOR THE TWO TOIS. TOI #1 10-53.58N/067-57.11W 120T AT 10 KTS. TOI #2 11-06.36N/068-05.29W 120T AT 15 KTS.
0911Z      GRON REQUESTED AN SNO FOR AN ROV BOARDING TO INCLUDE UOF.
0948Z      MPA REPORTED UPDATED POSITION OF TOI #2. 11-06.25N 067-56.02W 110T AT 17 KTS.
0955Z      COAST GUARD DISTRICT 7 GRANTED A SNO FOR A ROV BOARDING FOR A NCV ON TOI #2 TO INCLUDE STEPS II & IV.
0958Z      FRISC #2 UNDERWAY WITH 02 LEDET MEMBERS. GAR SCORE OF MED/MED, GRON POS 10-54.9N/067-42.3W.
1004Z      FRISC #1 UNDERWAY WITH 03 LEDET MEMBERS. GAR SCORE OF MED/MED, GRON POS 10-55.3N/067-42.3W.
1015Z      MPA REPORTED UPDATED POSITION OF TOI #2. 11-05.47N/067-51.39W 095T AT 15 KTS.
1021Z      HELO IS AIRBORNE. 1 +50 MINUTES TO SPLASH.
1028Z      HELO REPORTED VISUAL OF TOI. HOT HAND OFF WITH MPA.
1035Z      HELO COMMENCED AUF STEP I IN POSITION 11-05.4N/067-47.5W.
1036Z      HELO COMMENCED AUF STEP II.
1038Z      HELO REPORTED JETTISON OF PACKAGES IN POSITION 11-05.4N 067-46.78W. FRISC #2 HEADED TOWARD JETTISON POSITION.
1040Z      HELO CONDUCTED WARNING SHOTS AFT.  HELO REPORTED TOI #2 AS TILLER DRIVEN WITH 08 POB.
1046Z      HELO REPORTED PRECISION WARNING SHOTS AFT AS INEFFECTIVE. HELO CANNOT CONDUCT AUF STEP IV DUE TO POB PROXIMITY TO ENGINES
1049Z      SWITCH TO SUF PRIMARY UOF.
1051Z      COAST GUARD DISTRICT 7 RESCINDS SNO FOR UOF AND ORDERED GRON TO MAINTAIN SAFE STAND OFF FROM TOI WHILE MAINTAINING PURSUIT.
1056Z      FRISC #2 RECOVERED 01 BALE OF SUSPECTED CONTRABAND.
1059Z      HELO REPORTED UPDATED POSITION OF TOI #2. 11-04.04N/067-42.5W 067T AT 17 KTS. HELO HAS 30 MINUTES TO BINGO FUEL.
1100Z      SNO ROUTED TO COAST GUARD DISTRICT 7 FOR SUF.
1103Z      FRISC #2 RECOVERED 05 BALES OF SUSPECTED CONTRABAND.
1115Z      MPA REPORTED JETTISON OF FUEL DRUMS FROM TOI #2 IN POSITION: 11-03.43N/067-43W.
1117Z      MPA REPORTED NO ADDITIONAL PACKAGES OBSERVED ONBOARD TOI #2.
1119Z      HELO BACK ONBOARD DECK OF GRON FOR REFUELING.
1126Z      FRISC #1 REPORTED THAT THE POB ON THE TOI HAVE MOVED FORWARD ON THE VESSEL AWAY FROM THE ENGINES. TOI IS APPROXIMATELY 17 NM FROM VEN TTS.
1130Z      MPA REPORTED 3 HOURS & 20 MINUTES TO BINGO FUEL.
1136Z      HELO IS AIRBORNE. 1 HOUR & 50 MINUTES TO SPLASH.
1153Z      HELO REPORTED TOI #2 IS ON A COURSE OF 190T AT 23KTS 05 NM AWAY FROM VEN TTS.
1155Z      FRISC #1 REPORTED A VISBILE NAME OF THE SIDE OF THE VESSEL AS EL-GRAN-TITI CPN.
1156Z      COAST GUARD DISTRICT 7 GRANTED A NEW SNO FOR A ROV BOARDING ON A NCV TO INCLUDE SUF STEPS II & IV ONLY.
1156Z      FRISC #1 COMMENCED SUF STEP I AND REPORTED IT AS BEING

INEFFECTIVE.
1158Z     FRISC #1 COMMENCED SUF STEP II AND REPORTED IT AS BEING INEFFECTIVE.
1201Z     FRISC #1 COMMENCED SUF STEP IV AND REPORTED IT TO BE EFFECTIVE TOI #2 IS DIW.
1202Z     HELO PROCEEDED TO ENDGAME ORBIT. FRISC #1 REPORTED BEING ALONGSIDE TOI #2.
1208Z     BOARDING TEAM REPORTED POSCON OF TOI #2 IN POSITION 10-46.5N 067-48.6W.
1208Z     BOARDING TEAM REPORTED THAT B.I.S.S. IS COMPLETE.
1210Z     BOARDING TEAM REPORTED NO APPARENT INJURIES TO THE POB TOI #2.
1212Z     HELO RTB AT THIS TIME.
1229Z     HELO BACK ONBOARD THE FLIGHT DECK OF GRON.
1243Z     BOARDING TEAM COMPLETED VICTOR REPORT.
1248Z     BOARDING TEAM COMPLETED ALPHA REPORT.
1311Z     COAST GUARD DISTRICT 7 GRANTED A SNO TO TREAT TOI #2 WITHOUT NATIONALITY AND THE AUTHORITY TO CONDUCT A FULL LE BOARDING.
1319Z     FRISC #2 REPORTED RECOVERING 08 BALES OF SUSPECTED CONTRABAND.
1345Z     FRISC #2 RETURNS TO GRON WITH 08 BALES RECOVERED FROM JETTISON FIELD.
1452Z     02 NIK TESTS PRESUMPTIVE POSITIVE FOR COCAINE. AT SEA WEIGHT. OF 228 KG OF CONTRABAND RECOVERED.
1500Z     FRISC #2 LAUNCHED TO ASSIST FRISC #1.
1514Z     COAST GUARD DISTRICT 7 GRANTED PERMISSION TO TREAT THE 08 POB ONBOARD TOI #2 AS DETAINEES.
1542Z     FRISC #2 RETURNED TO GRON WITH 04 DETAINEES FOR PROCESSING.
1543Z     FRISC #2 LAUNCHED TO TRANSFER REMAINING DETAINEES TO GRON.
1556Z     FRISC #2 RETURNED TO GRON WITH THE REMAINING 04 DETAINEES FOR PROCESSING.
1616Z     BOARDING TEAM REPORTED BOARDING COMPLETE. GRON REQUESTED SNO TO DISEMBARK TOI AND TO CONDUCT SINKEX AS A HAZARD TO NAVIGATION.
1639Z     D7 GRANTS AN SNO FOR BOARDING COMPLETE AND SINKEX AS A HAZARD TO NAVIGATION.
1647Z     FRISC #1 IS RECOVERED, ALL BT MEMBERS BACK ON GRON
1705Z     COMMENCE SINKEX
1711Z     SINKEX COMPLETE IN POSITION 10-51.0N 067-51.0W

3. FUTURE PLANS: DISPOSITION PENDING

4. POC: LTJG AUDREY DEAN, LEDET OIC/DTL
SHIP EMAIL: SC7334HJ6@GRON-SC1.TTN.MINDEF.NL
USCG EMAIL: AUDREY.G.DEAN@USCG.MIL
LT ERIC MCCULLARS, TACLET SOUTH OPERATIONS OFFICER
USCG EMAIL: ERIC.G.MCCULLARS@USCG.MIL
BT
UNCLASSIFIED//FOR OFFICIAL USE ONLY