UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-cr-20295-JB/Torres

UNITED STATES OF AMERICA,

v.

BRAYAN TOCHON-LOPEZ,
WILMER MOISES BARSELO,
JOSE FELICIANO LEMOS,
JESUS RODRIGUEZ,
LUIS ANDRES ZUNIAGA, JORGE
LUIS LOPEZ-ASTUDILLO,
EULIDES OLIVEROS-LUGO, and
STIVEN JOSE FLORES,

      Defendants,
_____/

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Pursuant to 28 U.S.C. § 636(b), Federal Rule of Criminal Procedure 59(a), and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that all matters relating to Defendants' Joint Motion to Dismiss Indictment (the "Motion"), ECF No. [71], are **REFERRED** to United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law.

    It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Torres on all filings and submissions pertaining to the Motion.

    **DONE AND ORDERED** in Miami, Florida, this 25th day of February, 2025.

                                                _____
                                                JACQUELINE BECERRA
                                                UNITED STATES DISTRICT JUDGE