UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  24-20295-CR-BECERRA

UNITED STATES OF AMERICA,
    Plaintiff,
v.

BRAYAN TOCHON-LOPEZ,
    Defendant.
_____/

## SPEEDY TRIAL WAIVER

Mr. Tochon-Lopez, through undersigned counsel, respectfully submits the signed speedy trial waiver at Exh. 1.

Respectfully Submitted,

HECTOR DOPICO
INTERIM FEDERAL PUBLIC DEFENDER

BY:    *s/Srilekha Jayanthi*
Assistant Federal Public Defender
Special  Bar No. A5502728
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000/ (305) 536-4559, Fax
E-Mail:  srilekha_jayanthi@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **March 7, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Srilekha Jayanthi*

1