UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20295-CR-BECERRA/TORRES

UNITED STATES OF AMERICA,

vs.

BRAYAN TOCHON-LOPEZ, et al,

        Defendants.
_____/

### **UNITED STATES' NOTICE OF SUPPLMENTAL AUTHORITY**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Notice of Supplemental Authority and states as follow:

The Eleventh Circuit has now reiterated that "*Alfonso* did not break new ground" because the Circuit Court has repeatedly held that "because [a] vessel was beyond the 'twelve-mile ... territorial boundary' of [a nation's] territorial waters, the vessel was 'located within international waters' and thus subject to MDLEA jurisdiction." *See attached United States v. Canario-Vilomar*, 128 F.4th 1374, 1382 (11th Cir. 2025) (citing cases relying on the 12-mile limit of territorial waters).

[THIS AREA INTENTIONALLY LEFT BLANK.]

Based on the foregoing, the United States respectfully requests that the defendants' Motion to Dismiss be denied.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

*/s/ Yvonne Rodriguez-Schack*
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 794686
99 N.E. 4th Street
7th Floor
Miami, Florida 33132
305.961.9014
Yvonne.Rodriguez-Schack@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on the 31st of March, 2025, with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record via CM/ECF.

*/s/ Yvonne Rodriguez-Schack*
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney