UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cr-20295-JB

UNITED STATES OF AMERICA

v.

BRAYAN TOCHON, et. al,

    Defendants.
_____/

### ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, for a Report and Recommendation on Defendant Brayan Tochon's Motion to Dismiss, which all co-defendants Wilmer Moises Barselo, Jose Feliciano Lemos, Jesus Rodriguez, Luis Andres Zuniaga, Jorge Luis Lopez-Astudillo, Eulides Oliveros-Lugo, and Stiven Jose Flores adopted, (the "Motion"). ECF Nos. [71], [76]. After careful consideration of the Motion, the pertinent portions of the record, Judge Torres filed a Report and Recommendation ("R&R"), recommending that the Motion to Dismiss be denied. ECF No. [86]. The Defendants filed objections to the R&R ("Objections"). ECF No. [89].

The Court, having conducted a de novo review of the record and the issues presented in the Objections, agrees with Magistrate Judge Torres that the Motion to Dismiss must be denied. The Court overrules the Objections, ECF No. [89].

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1. United States Magistrate Judge Torres' Report and Recommendation, ECF No. [89], is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss, ECF No. [71], is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of July, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**