UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cr-20295-JB

**United States of America**,

v.

**BRYAN TOCHON-LOPEZ,
WILMER MOISES BARSELO,
JOSE FELICIANO LEMOS,
JESUS RODRIGUEZ,
LUIS ANDRES ZUNIAGA,
JORGE LUIS LOPEZ-ASTUDILLO,
EULIDES OLIVEROS-LUGO and
STIVEN JOSE FLORES**,

      Defendant.

_____/

## ORDER GRANTING UNOPPOSED JOINT MOTION FOR CONTINUANCE AND RE-SETTING OF CRIMINAL TRIAL DATE

      **THIS CAUSE** came before the Court on Defendants' Unopposed Joint Motion for Continuance of Trial [ECF No. 117]. The court has considered the Motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. For the reasons stated in the Unopposed Motion, incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, 8/1/2025, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. **Defendants' signed Waiver of Speedy Trial shall be filed within one week of this Order and should specify the time period Defendants are waiving.**

      The Court hereby sets this case for a **Criminal Jury Trial** to be held in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse during the two-week period beginning on September 22, 2025. A Calendar Call will be held at **10:00 a.m. on September 16, 2025**. Defendants are not required to appear for the Calendar Call.

      The parties are directed to the Court's Order Setting Criminal Trial Date, Pretrial Schedule and Instructions, ECF No. [25] for all other trial instructions and

pretrial deadlines.

**DONE AND ORDERED** in Miami, Florida on this 1st day of August, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**