UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-20295-CR-BECERRA

UNITED STATES OF AMERICA,
    Plaintiff,
v.

BRAYAN TOCHON-LOPEZ,
    Defendant.
_____/

## SPEEDY TRIAL WAIVER

Mr. Tochon-Lopez, through undersigned counsel, respectfully submits the signed speedy trial waiver, at Exh. 1, as to the Order to Continue Trial, at DE 118.

    Respectfully Submitted,

    HECTOR DOPICO
    INTERIM FEDERAL PUBLIC DEFENDER

    BY:   *s/Srilekha Jayanthi*
    Assistant Federal Public Defender
    Special Bar No. A5502728
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    (305) 530-7000/ (305) 536-4559, Fax
    E-Mail: srilekha_jayanthi@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 1, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    *s/ Srilekha Jayanthi*

1