## SPEEDY TRIAL WAIVER

I, Brayan Tochon-Lopez, hereby acknowledge that I have been advised by my undersigned counsel of my right to a speedy trial, pursuant to 18 U.S.C. § 3161, and do freely and voluntarily waive such speedy trial right from the date of the motion to continue trial until the new trial period.

_____
BRAYAN TOCHON-LOPEZ
August 1, 2025

_____
SRILEKHA JAYANTHI, AFPD
August 1, 2025