# COURT MINUTES

## Magistrate Judge Edward G. Torres

King Building Courtroom 10-5                    Date: 09/25/2025   Time: 02:30 p.m.

---

Defendant: Brayan Tochon-Lopez          J#: 12524-506   Case #: 24-CR-20295-BECERRA

AUSA: Yvonne Rodriguez-Schack                  Attorney: AFPD, Srilekha Jayanthi

Violation: Conspiracy to Possess W/ Intent to Distribute; Possession w/ Intent to Distribute Cocaine

Proceeding: Change of Plea                     CJA Appt:

Bond/PTD Held: ○   ○            Recommended Bond:

Bond Set at: STIP-Pretrial Detention           Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other:

Language: Spanish

Disposition:
** Brady Order Given 07/08/24**
Defendant sworn.
PSR Ordered.
Defendant shall remain in custody.
R&R to follow.

---

NEXT COURT APPEARANCE   Date:         Time:         Judge:         Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:20:58                                Time in Court: 30 Mins