UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. <u>24-CR-20295-BECERRA</u>

**UNITED STATES OF AMERICA,**

v.

**BRYAN TOCHEN, et al.,**

    Defendants.
_____/

<u>**NOTICE OF APPEARANCE**</u>

COMES NOW, The United States of America, by and through the undersigned Special Assistant United States Attorney, noticing this Honorable Court that the undersigned Special Assistant United States Attorney has been assigned to the above captioned case.

                                           Respectfully submitted,

                                           JASON A. REDING QUIÑONES
                                           UNITED STATES ATTORNEY

By:      */s/Tanner Stiehl*
            Tanner Stiehl
            Special Assistant United States Attorney
            Fla. Bar No. 1031487
            99 N.E. 4th Street, Suite 400
            Miami, Florida 33132-2111
            Telephone: (305) 961-9314
            Tanner.Stiehl@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **9th** day of **December 2025,** the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                           By:    */s/Tanner Stiehl*
                                  Tanner Stiehl
                                  Special Assistant United States Attorney